IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

PRABJOT SINGH DHILLON,

Petitioner,

vs.

KRISTI NOEM, in her Official
Capacity, Secretary Department of
Homeland Security, and PAMELA
BONDI, in her Official Capacity,
Attorney General Department of
Justice,

Respondents.

8:26-CV-108

ORDER TO SHOW CAUSE

This case is identical to another, earlier-filed case that the petitioner has pending, No. 7:26-cv-5006, transferred here from the Southern District of Iowa. But, as a general policy, duplicative litigation in federal courts should be avoided. *Missouri ex rel. Nixon v. Prudential Health Care Plan, Inc.*, 259 F.3d 949, 953 (8th Cir. 2001) (citing *Colo. River Water Conservation Dist. v. United States*, 424 U.S. 800, 817 (1976)). Specifically, "a district court may, for reasons of wise judicial administration, dismiss one of two identical, pending actions." *Id.* at 953 (quotation omitted); *see Parker v. Matthews*, 71 F. App'x 613, 614 (8th Cir. 2003). A petitioner has no right to maintain two separate actions involving the same subject matter at the same time in the same court and against the same defendant. *See id.*

Accordingly, the Court will order the petitioner to show cause why this case should not be dismissed in favor of the earlier-filed case. *Cf. Anheuser-Busch, Inc. v. Supreme Int'l Corp.*, 167 F.3d 417, 419 n.3 (8th Cir. 1999); *cf. also Parker*, 71 F. App'x at 614.

IT IS ORDERED:

1.   On or before March 23, 2026, the petitioner shall show cause why this case should not be dismissed as duplicative.

2.   The petitioner's failure to comply with this show cause order may result in dismissal of this case without further notice.

3.   The Clerk of the Court shall set a show cause deadline of March 23, 2026.

Dated this 13th day of March, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge